```
                    UNITED STATES DISTRICT COURT

                     WESTERN DISTRICT OF TEXAS

                       SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,    § CRIMINAL NO. 5:14-1014(3)-OLG
                             §
                             §
v.                           § September 8, 2016
                             §
MIKE PACE,                   §
                             §
DEFENDANT.                   §
```

                    TRANSCRIPT OF SENTENCING
              BEFORE THE HONORABLE ORLANDO L. GARCIA
                    CHIEF DISTRICT COURT JUDGE

APPEARANCES:

For the Government:     MIKE HARDY, AUSA
                        Office of US Attorney
                        601 NW Loop 410, Suite 600
                        San Antonio, Texas 78216

For the Defendant:      DEBRA PARKER, ESQ.
                        111 Soledad St., Suite 300
                        San Antonio, TX 78205-2321

Produced by mechanical stenography; computer-aided transcription

Leticia Ornelas Rangel, CSR

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE COURT:  Okay.  Now proceeding to U.S. v. Mike
 3   Pace, Cause Number 14-CR-1014.
 4            MR. HARDY:  Mike Hardy for the United States.
 5            MS. PARKER:  Debra Parker for Mr. Pace.
 6            THE COURT:  Thank you, Ms. Parker.  Okay.  Is
 7   Mr. Pace here?
 8            MS. PARKER:  Yes.
 9            THE COURT:  Mr. Pace, have you reviewed the
10   presentence report in your case?
11            DEFENDANT PACE:  Yes, sir.
12            THE COURT:  And do you understand the contents of
13   the report?
14            DEFENDANT PACE:  Yes, sir.
15            THE COURT:  Okay.  And there being no objections,
16   the applicable guidelines are offense level 29, category two,
17   a range of punishment of 97 to 121 months, one to three
18   years, rather, three years to life, supervised release.
19   There will be no fine, as recommended by the probation
20   department.  One hundred-dollar special assessment.
21            What says the government?
22            MR. HARDY:  We have no objection to a guideline
23   sentence.  We request a search condition that's in Paragraph
24   66.
25            THE COURT:  Okay.
```

1  MR. HARDY: And we move to dismiss the original
2  indictment.
3  MS. PARKER: Your Honor, we would ask for a
4  downward departure from the guideline range. If the Court
5  recalls, Mr. Pace was examined by a psychiatrist on the issue
6  of competency. He was found to be competent, however,
7  several years ago Mr. Pace ingested Antifreeze and was
8  hospitalized for a significant period of time.
9  THE COURT: And let me ask you, what is his mental
10 health ailments that led to the necessity of seeing a
11 psychiatrist?
12 MS. PARKER: He--
13 THE COURT: In other words, is he diagnosed? What
14 is his diagnosis?
15 MS. PARKER: He has no diagnosis at this time but
16 the results, we believe, of that ingestion of Antifreeze.
17 THE COURT: Was that an attempted suicide or was
18 that for another reason?
19 MS. PARKER: He says it occurred around the time
20 that he was having marital issues but he doesn't recall.
21 THE COURT: Okay. Good enough. Anything else?
22 MS. PARKER: Just that he has significant memory
23 loss related to this.
24 THE COURT: Okay. Anything else?
25 MS. PARKER: No, Your Honor.

Leticia Ornelas Rangel, CSR

| | |
|---|---|
| 1 | THE COURT: Okay. Mr. Pace, would you like to say |
| 2 | something on your behalf? |
| 3 | DEFENDANT PACE: Yes, I would just like to |
| 4 | apologize to the court-- |
| 5 | THE COURT: You would like to what? |
| 6 | DEFENDANT PACE: -- to apologize to the court for |
| 7 | allowing my issues to take over my life and get in front of |
| 8 | you, Your Honor. |
| 9 | THE COURT: Okay. The Court having considered the |
| 10 | guidelines, will impose the search condition. The original |
| 11 | indictment is dismissed. Will impose a sentence of 90 months |
| 12 | upon Mr. Pace. Thereafter, to be placed on supervised |
| 13 | release for five years. The search condition shall attach to |
| 14 | the judgment, which is in addition to the standard |
| 15 | conditions. There will be no fine, as recommended. There is |
| 16 | the 100-dollar special assessment. |
| 17 | The defendant does have the right to appeal this |
| 18 | sentence, unless previously waived. This document is sealed, |
| 19 | available for appellate review, if any. Anything else, |
| 20 | counselor? |
| 21 | MS. PARKER: Your Honor, that he be incarcerated |
| 22 | somewhere close to this area. He is from Kerville. |
| 23 | THE COURT: Okay. The recommendation to be placed |
| 24 | at Three Rivers, Texas or somewhere close to Bexar County, |
| 25 | Texas. Anything else? |

Leticia Ornelas Rangel, CSR

1                MS. PARKER:  And the drug program.
2                THE COURT:  The drug-treatment program will be
3     included.  Okay.
4                DEFENDANT PACE:  Your Honor, can I ask a question?
5     I'm trying to figure out how I got to a category two.
6                THE COURT:  What difference does it make?  Your
7     question is, How did you end up in County Court 2?
8                DEFENDANT PACE:  Yes.  I thought Mr. Villarreal had
9     said you only went back on misdemeanors ten years.
10               THE COURT:  Did you have an attorney?  I'm not sure
11    about that.  Did you have an attorney in state court?
12               DEFENDANT PACE:  No -- or I'm sure I did.
13               THE COURT:  Well, what was your sentence in state
14    court?
15               DEFENDANT PACE:  It was unsupervised probation.
16               THE COURT:  It was what?
17               DEFENDANT PACE:  Six months unsupervised probation.
18               THE COURT:  No, no, no.  Did I say sentence, I'm
19    sorry.  What was your charge in state court?
20               DEFENDANT PACE:  Battery on a household member.
21               THE COURT:  Battery on what?
22               DEFENDANT PACE:  On a household member in 2000.
23               THE COURT:  But you must have had a lawyer.
24               DEFENDANT PACE:  I'm assuming I did.
25               THE COURT:  Well, in any event, you take up that

1  issue with the state court and not here, okay.
2          DEFENDANT PACE:  Okay.
3          THE COURT:  Thank you.  You're excused.
4          (End of sentencing.)

Leticia Ornelas Rangel, CSR

```
1  UNITED STATES DISTRICT COURT   )
2  WESTERN DISTRICT OF TEXAS      )
3          I certify that the foregoing is a correct
4  transcript from the record of proceedings in the
5  above-entitled matter.  I further certify that the transcript
6  fees and format comply with those prescribed by the Court and
7  the Judicial Conference of the United States.
8  Date signed:    December 8, 2016.
9
10
                                 /s/   Leticia Ornelas Rangel
11                               LETICIA O. RANGEL
                                 United States Court Reporter
12                               655 East Cesar E. Chavez Blvd.,
                                 Room 319A
13                               San Antonio, Texas 78206
                                 (210) 244-5039
```